United States Bankruptcy Court

District of Arizona

| | |
|---|---|
| In re: | Case No. 23-03067-SHG |
| TREVOR DOUGLAS REID | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0970-2 | User: admin | Page 1 of 2 |
| Date Rcvd: May 26, 2023 | Form ID: van122 | Total Noticed: 25 |

The following symbols are used throughout this certificate:

**Symbol      Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

#      Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 28, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | TREVOR DOUGLAS REID, 2121 N 44TH ST, APT 4412, PHOENIX, AZ 85008-3256 |
| 16973628 | + | 34TH STREET MINI STORAGE, 3447 SW 42 AVE, GAINESVILLE, FL 32608-2527 |
| 16973629 | + | 3RD AVE ARCADIA LLC, C/O CLARK & WALKER PC, 4222 E THOMAS RD #230, PHOENIX, AZ 85018-7609 |
| 16973622 | | ABC AMBULANCE, AMERICAN MEDICAL RESPONSE, PO BOX 8324, CORAL SPRING, FL 33075-8324 |
| 16973630 | #+ | AMERICAN PUBLIC UNIVERSITY, 111 W CONGRESS STREET, CHARLES TOWN, WV 25414-1621 |
| 16973620 | | BLUE ORTHODONTICS, 5102N7THST, PHOENIX, AZ 85014 |
| 16973616 | + | CAMBRIDGE CAPITAL REAL ESTATE, INVESTMENTS, LLC DBA ARLO, 2121 N44THST, PHOENIX, AZ 85008-3224 |
| 16973633 | + | CONSERVICE, 750 SOUTH GATEWAY DRIVE, RIVER HEIGHTS, UT 84321-5571 |
| 16973632 | + | DMCS, DEFAULT RESOLUTION GROUP, PO BOX 5609, GREENVILLE, TX 75403-5609 |
| 16973618 | + | EMPOWER MENTAL HEALTH, 5225 N CENTRAL AVE STE 230, PHOENIX, AZ 85012-1472 |
| 16973627 | + | FINGERHUT FETT1/WEB BANK, PO BOX 70792, PHILADELPHIA, PA 19176-0792 |
| 16973617 | | HONOR HEALTH, PO BOX 845633, LOS ANGELES, CA 90084-5633 |
| 16973621 | + | LIBERTY MUTUAL, PO BOX 1604, NEW YORK, NY 10116-1604 |
| 16973624 | | PATHOLOGY SERVICES, INC, 1919 HIGHLAND AVE, STE 210 BLDG A, LOMBARD, IL 60148-6153 |
| 16973625 | + | SAGUARO DERMATOLOGY, 3400 E MCDOWELL RD, PHOENIX, A 85008-3884 |
| 16973634 | + | SRP, 1500 N. MILL AVE, TEMPE, AZ 85288-1252 |
| 16973623 | + | UNIVERSITY AT BUFFALO, SCHOOL OF DENTAL MEDICINE, 140 SQUIRE HALL, BUFFALO, NY 14214-8006 |

TOTAL: 17

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | | Email/Text: ecfmailclient@ch13bk.com | May 26 2023 23:06:00 | RUSSELL BROWN, CHAPTER 13 TRUSTEE, SUITE 800, 3838 NORTH CENTRAL AVENUE, PHOENIX, AZ 85012-1965 |
| smg | | EDI: AZDEPREV.COM | May 27 2023 02:47:00 | AZ DEPARTMENT OF REVENUE, BANKRUPTCY & LITIGATION, 1600 W. MONROE, 7TH FL., PHOENIX, AZ 85007-2650 |
| 16977242 | + | EDI: AZDEPREV.COM | May 27 2023 02:47:00 | ARIZONA DEPARTMENT OF REVENUE, 2005 N CENTRAL AVE, SUITE 100, PHOENIX, AZ 85004-1546 |
| 16973631 | | Email/Text: GUARBKe-courtdocs@ascendiumeducation.org | May 26 2023 23:05:00 | ASCENDIUM EDUCATION, SOLUTIONS, INC, 38 BUTTONWOOD COURT, MADISON, WI 53718 |
| 16969424 | | Email/Text: GUARBKe-courtdocs@ascendiumeducation.org | May 26 2023 23:05:00 | Ascendium Education Solutions, Inc, PO Box 8961, Madison WI 53708-8961 |
| 16970355 | + | Email/Text: bankruptcy@cavps.com | May 26 2023 23:06:00 | Cavalry SPV I, LLC, PO Box 4252, Greenwich, CT 06831-0405 |
| 16973619 | | EDI: IRS.COM | May 27 2023 02:47:00 | INTERNAL REVENUE SERVICE, PO BOX 7346, PHILADELPHIA, PA 19101-7346 |
| 16973626 | | Email/Text: sknaak@klsfs.com | May 26 2023 23:06:00 | KLS FINANCIAL SERVICES, PO BOX 565, |

MORRISVILLE, NC 27560

TOTAL: 8

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|----------|---------------|------------------|
| cr | | MARK-TAYLOR RESIDENTIAL, INC., an Arizona corporat |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 28, 2023                    Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 26, 2023 at the address(es) listed below:

| Name | Email Address |
|------|---------------|
| DAVID L. KNAPPER | |
| | on behalf of Creditor MARK-TAYLOR RESIDENTIAL  INC., an Arizona corporation, at times acting through or dba Cambridge Capital Real Estate Investments, LLC and/or Pierce Peak, LLC, or simply dba ArLo Apartments or by simila dlk@knapperlaw.com |
| RUSSELL BROWN | |
| | ecfmailclient@ch13bk.com |
| U.S. TRUSTEE | |
| | USTPRegion14.PX.ECF@USDOJ.GOV |

TOTAL: 3

FORM VAN−122
REVISED 08/01/2018

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF ARIZONA

In re:                                      Case No.: 2:23−bk−03067−SHG

TREVOR DOUGLAS REID                         Chapter: 13
2121 N 44TH ST
APT 4412
PHOENIX, AZ 85008
SSAN: xxx−xx−8564
EIN:

Debtor(s)

## ORDER DISMISSING CASE

☐  The debtor(s) having failed to file a list of creditors in the proper format as required by Local Bankruptcy Rule 1007−1.

☐  The individual debtor(s) having failed to file a Credit Counseling Certificate as required by Fed. R. Bankr. P. 1007(b)(3).

☐  The debtor(s) having failed to pay the filing fee as ordered by the court.

☑  The debtor(s) having failed to timely file the schedules and statements required by Fed. R. Bankr. P. 1007.

☑  The debtor(s) having failed to timely file a Chapter 13 plan as required by Fed. R. Bankr. P. 3015.

☐  The debtor(s) having failed to timely submit the Statement of Social Security Number as required by Fed. R. Bankr. P. 1007(f).

☑  The individual debtor(s) having failed to file a Statement of Your Current Monthly Income and any additional forms as required by Fed. R. Bankr. P. 1007.

☑  The debtor(s) having failed to file a Declaration of Evidence of Employer's Payments as required by Local Bankruptcy Rule 1007−1.

☑  The debtor(s) having failed to file a Declaration Under Penalty of Perjury for Debtors Without an Attorney as required by Local Bankruptcy Rule 1007−1.

☐  The debtor(s) having failed to appear and be examined at the meeting of creditors as required by 11 U.S.C. § 341.

☐  After an Order to Show Cause why this case should not be dismissed was issued.

☐  The trustee having moved to dismiss this case.

☐  The debtor(s) having moved to dismiss this case.

☐  The debtor(s) having failed to timely file all required Official Forms as indicated by the court.

−− Order continued on 2nd page −−

IT IS ORDERED that the above−captioned case be dismissed. Jurisdiction is retained over any matters arising under 11 U.S.C. § 110.

IT IS FURTHER ORDERED that any pending hearings, including any final hearing set on a motion for relief from the automatic stay are vacated.

IT IS FURTHER ORDERED that if the debtor wishes to reinstate this case, a motion for reinstatement must be filed setting forth the reasons for the request.

IT IS FURTHER ORDERED that even though this case has been dismissed, debtor(s) is/are required to pay all outstanding fees due and owing to the court.

IT IS FURTHER ORDERED that the Court shall not consider a motion for reinstatement of the case unless all fees are paid in full or all required documents are filed.

NOTICE IS ALSO GIVEN that the order was entered on the docket this date.

Date: May 26, 2023                                     BY THE COURT


Address of the Bankruptcy Clerk's Office:          **Honorable Scott H. Gan**
U.S. Bankruptcy Court, Arizona                     United States Bankruptcy Judge
230 North First Avenue, Suite 101
Phoenix, AZ 85003−1727
Telephone number:  (602) 682−4000
www.azb.uscourts.gov